United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 14
OAKLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 01-40135-001CW |
| ) | |
| LAWRENCE WEN JOU ) | |
| ) | |
| ) | |

ORDER TO RELEASE PASSPORT

ON MOTION OF THE COURT, the offender's term of supervised release has expired, _the United States having no objection,_ the passport currently in the possession of the United States District Court For the Northern District of California may be released to Mr. Lawrence Wen Jou.

Date: APR 14 2009

Claudia Wilken
United States District Judge